1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONALD LEE CANADA,                          No. 2:20-cv-2225-EFB P

12              Plaintiff,

13         v.                                      ORDER

14    UNKNOWN,

15              Defendant.

16

17         Plaintiff is a state prisoner.  He has filed a letter stating that his life is in danger at his

18   current place of confinement, Kern Valley State Prison.  ECF No. 1.  Kern County is in the

19   Fresno Division of the United States District Court for the Eastern District of California.  To the

20   extent plaintiff wishes to commence a civil action, it should be commenced there.  E.D. Cal.

21   Local Rule 120(d).  Where a civil action has not been commenced in the proper division of a

22   court, the court may, on its own motion, transfer the action to the proper division.  E.D. Cal.

23   Local Rule 120(f).

24         Accordingly, it is hereby ordered that:

25         1.  This action is transferred to the Fresno Division.

26         2.  The Clerk of Court shall assign a new case number.

27   /////

28   /////

3.  All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED:  November 12, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE